J. VAN VECHTEN OLCOTT, as Receiver in Bankruptcy of the FERGUSON CON-

TRACTING COMPANY, Appellant, v. STATE OF NEW YORK, Defendant, Appellant. — Order resettled to read: " Judgment affirmed, without costs to either party." H. T. Kellogg, J., not sitting. [See 202 App. Div. 27.]